

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 21, 2025

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>U.S. v. Valero-Calderon et al.</u>, S1 25 Cr. 41 (DLC)

Dear Judge Cote:

    The Government respectfully requests that the Superseding (S1) Indictment in this matter be unsealed and that the Court schedule an arraignment and pretrial conference. The Government also respectfully moves for the exclusion of time under the Speedy Trial Act through April 25, 2025. The exclusion of time is in the interest of justice because it will give the parties an opportunity to appear before the Court to propose a schedule that appropriately balances the importance of a speedy trial with the need for the defense to review the discovery in this racketeering case and consider appropriate motions. 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

by:   /s/
    Jun Xiang / Kathryn Wheelock / Timothy Ly
    Assistant United States Attorneys
    (212) 637-2289 / -2415 / -1062

**CC (ECF)**
All Counsel of Record

The application to unseal the indictment is hereby GRANTED. The requests to schedule a pretrial conference and exclude time are denied without prejudice to renewal in the event that Judge Cote, to whom this case is assigned, is not available in the next couple of days. SO ORDERED.

Judge Jesse M. Furman
Part One