```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       S1 25cr41(DLC)
            -v-                          :
                                         :          ORDER
JARWIN VALERO-CALDERON, SAMUEL           :
GONZALEZ CASTRO, EFERSON MORILLO-        :
GOMEZ, BRAYAN OLIVEROS-CHERO, SANDRO     :
OLIVERAS-CHERO, and ARMANDO JOSE PEREZ   :
GONZALEZ,                                :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an arraignment and initial conference will be held on **April 29, 2025 at 3:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions and the exchange of expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference and be prepared to address whether the November 3, 2025 trial date already scheduled in 25cr41 should be the trial date in S1 25cr41, or whether a new trial date should be set.

Dated:   New York, New York
         April 23, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge