| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:20 CR 179-008 (DC) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Ndukwe Anyaogu<br>Pittsburgh, Pennsylvania | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | U.S. District Judge Denise Cote | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>1/24/2025 | TO<br>1/23/2028 |

**OFFENSE**

Conspiracy to Commit Bank Fraud in Violation of 18 U.S.C. § 1349.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Residence and prosocial ties in the District of Pennsylvania.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_5/21/25_                     _[signature]_
Date                            United States District Judge

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Ndukwe Anyaogu's supervision from the Southern District of New York to the District of Pennsylvania, the sealed records of the Court in the above-styled matter relating to Ndukwe Anyaogu are unsealed for the limited purpose of transferring those records to the United States District Court for the District of Pennsylvania and to the Probation Department in that district.**

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PENNSYLVANIA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

_____            _____
*Effective Date*                   *United States District Judge*