UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

25 Cr 41 (DLC)

UNITED STATES OF AMERICA,

[PROPOSED] ORDER

-against-

SAMUEL GONZALEZ CASTRO, et al.,

80 hours

Defendants.

-------------------------------------------------

Upon the application of SAMUEL GONZALEZ CASTRO, a defendant in this matter, by his attorney Patrick Joyce Esq., for an order authorizing the appointment of Robert Moore, Esq., as associate counsel, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Robert Moore, Esq., is appointed to assist in the representation of Samuel Gonzalez Castro in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of ~~one hundred ten dollars~~ $124.00 per hour.

Dated: New York, New York August 29, 2025

SO ORDERED

The Honorable Denise L. Cote
District Judge, United States District Court Southern District of New York

This document was entered on the docket on_____.