

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 16, 2025

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **U.S. v. Jaen Martinez et al., S2 25 Cr. 41 (DLC)**

Dear Judge Cote:

    The Government respectfully requests that the Superseding (S2) Indictment in this matter be unsealed and that the Court schedule an arraignment and pretrial conference.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

        by:    /s/
                        Jun Xiang / Kathryn Wheelock / Andrew Chan / Timothy Ly
                        Assistant United States Attorneys
                        (212) 637-2289 / -2415 / -1062 / -1072

**CC (ECF)**
All Counsel of Record

*The application to unseal S2 25 Cr 41 is granted.*

*[signature] Denise Cote*
*9/16/25*