# PATRICK J. JCYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, New Jersey 07079
973-324-271


September 10, 2026

*VIA ECF*

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: <u>USA v. Gonzalez Castro et al, 25-cr-00041-DLC-1</u>**

Your Honor,

I represent Defendant Samuel Gonzalez Castro ("Defendant") in the above-referenced matter, and write to respectfully request a short extension of the deadlines set forth in the briefing schedule for submission of sentencing memoranda (Doc. 187) as follows:

(1) Defendant's submission deadline extended from September 11, 2026 to September 14, 2026; and

(2) Government's submission deadline extended from September 18, 2026 to September 21, 2026.

This is Defendant's first request for an extension and will be his last. The reason for the request is that the undersigned and Defendant's mitigation specialist are diligently working together on the submission but need additional time to finalize it. Defendant is not asking for an adjournment of the sentencing, which is (and would remain if this letter-motion is granted) September 25, 2026 at 4 PM. The Government does not object to this request.

Respectfully submitted,
s/Patrick Joyce

Granted. Sentencing will take place at 3:00 PM in Courtroom 18B.

September 10, 2026.

DENISE COTE
United States District Judge